IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| VIRGIL EDWIN WATSON III,<br>    *Petitioner,*<br>v.<br>THOMAS REDMAN,<br>    *Respondent.* | CASE NO. 7:13-CV-00515<br><br>**ORDER** |

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that respondent's motion to dismiss (docket no. 5) is **GRANTED**; the above referenced 28 U.S.C. § 2254 petition is **DISMISSED**; and this action is **STRICKEN** from the court's active docket.

Furthermore, finding that Watson has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. §2253(c)(1), a certificate of appealability is **DENIED**.

The clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and to all counsel of record.

It is so **ORDERED**.

Entered this __13th__ day of August, 2014.

                                                  NORMAN K. MOON
                                                UNITED STATES DISTRICT JUDGE